UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LINDA ZIGLAR,

       Plaintiff,

vs.                                         Case No. 3:13-cv-1081-J-34JBT

GE CAPITAL RETAIL BANK,

       Defendant.

## NOTICE OF SETTLEMENT AGREEMENT

On June 4, 2014, the Parties attended mediation where they reached a confidential settlement agreement resolving all claims, including any disputes concerning the payment of any attorneys' fees, costs, and expenses associated with this litigation and the Court's order requiring Plaintiff and/or her counsel to show cause [Dkt. No. 53]. A stipulation of dismissal will be filed upon execution of a final confidential settlement agreement between the Parties.

Dated: June 5, 2014

                                            Respectfully submitted,

                                            LINDA ZIGLAR

                                            By:/s/ Michael S. Agruss_____
                                               Michael S. Agruss (*Admitted Pro Hac Vice)*
                                               michael@agrusslawfirm.com
                                               Agruss Law Firm LLC
                                               22 W. Washington Street
                                               Suite 1500
                                               Chicago, Illinois  60602
                                               (312) 224-4695 (Phone)
                                               (312) 224-4451 (Fax)

- 2 -

Robert L. Peters, Jr., Esq.
rppalaw@gmail.com
The Law Offices of Robert Peters, P.A.
1054 Kings Avenue
Jacksonville, Florida  32207

*Counsel for Plaintiff*

## PROOF OF SERVICE

I, Michael S. Agruss, state the following:

I am employed in Chicago, Illinois. I am over the age of 18, and am not a party to this action. My business address is 22 W. Washington Street, Suite 1500, Chicago, IL 60602. On June 5, 2014, I served the following documents:

**NOTICE OF SETTLEMENT**

On the parties listed below:

| | |
|---|---|
| **J. Randolph Liebler** <br> Liebler, Gonzalez & Portuondo, PA <br> Suite 2500 <br> 44 W Flagler St <br> Miami, FL 33130 <br> 305/379-0400 <br> Fax: 305/379-9626 <br> Email: jrl@lgplaw.com | *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| **Marc Thomas Parrino** <br> Liebler, Gonzalez & Portuondo, PA <br> Suite 2500 <br> 44 W Flagler St <br> Miami, FL 33130 <br> 305/379-0400 <br> Fax: 305/379-9626 <br> Email: mtp@lgplaw.com | *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| **Ricardo A Duarte** <br> Liebler, Gonzalez & Portuondo, PA <br> Suite 2500 <br> 44 W Flagler St <br> Miami, FL 33130 <br> 305/379-0400 <br> Fax: 305/379-9626 <br> Email: rad@lgplaw.com | *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| **Mark E. Shaffer** <br> Reed Smith, LLP <br> Suite 1400 <br> 3110 Fairview Park Dr <br> Falls Church, VA 22042 <br> 703/641-4200 <br> Email: mshaffer@reedsmith.com | *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |

- 4 -

By the following means of service:

[X]   **BY ELECTRONIC SERVICE:** the documents above were delivered electronically through the Court's ECF/PACER electronic filing system, which will provide electronic notice to all counsel of record.

[X]   **FEDERAL:** I declare under penalty of perjury under the laws of Illinois that the above is true and correct.

Executed on June 5, 2014, in Chicago, Illinois.

                                            By:___/s/ Michael S. Agruss_____
                                                   Michael S. Agruss