**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

LINDA ZIGLAR,

        Plaintiff,

-vs-                                  Case No.   3:13-cv-1081-J-34JBT

GE CAPITAL RETAIL BANK,

        Defendant.

_____

## ORDER OF DISMISSAL

This matter is before the Court on the Stipulation to Dismiss (Dkt. No. 60; Stipulation) filed on July 2, 2014.  In the Stipulation, the parties request dismissal of this matter with prejudice.  See Stipulation at 1.  Accordingly, it is hereby **ORDERED**:

1.       This case is **DISMISSED with prejudice**.

2.       Each party shall bear their own fees and costs.

3.       The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 3rd day of July, 2014.

*/s/ Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record